UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| James O. Davis, III and | ) | CASE NO. 13-42333-MGD |
| Anita B. Davis, | ) | |
| | ) | |
| Debtors. | ) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Debtors in the above- referenced matter filed a Motion seeking Approval of a Loan Modification.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in **Courtroom 342,** United States Courthouse, 600 East First Street, Rome, Georgia at **10:00 A.M. on February 19, 2014**.

Your rights may be affected by the court's ruling on these pleading. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

This 29th day of January, 2014.

Respectfully submitted,

\_\_/s/_____
Dan Saeger
Attorney for Debtors
GA Bar No.: 680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30024
(P) 678-500-9546
(F) 687-391-4422
bk@thegeorgialawfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| James O. Davis, III and | ) | CASE NO. 13-42333-MGD |
| Anita B. Davis, | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO APPROVE LOAN MODIFICATION

**COME NOW,** James O Davis, III and Anita B. Davis, Debtors in the above-styled case, by and through counsel, file this "Motion to Approve Loan Modification" showing this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. §1334, 151 and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. §1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. §157(b)(2)(D).

4.

Debtors filed a petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on August 15, 2013. Debtors' Chapter 13 Plan was confirmed on November 21, 2013.

5.

Debtors have an interest in real property located at 36 Bluegill Lane, Chatsworth, GA 30705.

6.

Debtors and the first mortgage lender, Wells Fargo, have reached an agreement to modify the loan.  The new modification will add the delinquent amount of $7,844.22 to

the principal balance. The new principal balance will be $111,286.55 with a new interest rate of 4.250%. The modification will also reduce the monthly payment amount to $761.84. (See Exhibit A)

7.

Debtors believe that the loan modification is in the best interest of the estate and creditors and that such modification will assist in the effectuation of the Debtors' financial reorganization.

WHEREFORE, Debtors pray:
   a) That this Motion be filed, read, and considered;
   b) That this Motion be granted; and,
   c) That this Honorable Court grant such other and further relief as it deems just and proper.

This 29th day of January, 2014.

                                                            Respectfully submitted,

                                                            __/s/_____
                                                            Dan Saeger
                                                            Attorney for Debtors
                                                            GA Bar No.: 680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30024
(P) 678-500-9546
(F) 687-391-4422
bk@thegeorgialawfirm.com

# EXHIBIT A

**WELLS FARGO**

**Account Information**
Fax: (866) 590-8910
Telephone: (800) 416-1472
Correspondence:  PO Box 10335
                 Des Moines, IA 50306
Hours of Operation: Mon –Fri 8:00-5:00 CT
Loan Number: 0633436894
Property Address:
36  BLUE GILL LN
CHATSWORTH, GA 30705

1/11/2014

ROBERT RICKMAN
Rickman & Associates, PC
1325 SATELLITE BLVD
SUITE 1406
SUWANEE, GA 30024


Subject:   Loan modification proposal
           Borrower(s): JAMES O DAVIS and ANITA B DAVIS
           Bankruptcy Case No.: 1342333
           Loan No.: 0633436894
           Property Address:
           36  BLUE GILL LN
           CHATSWORTH, GA 30705

Dear ROBERT RICKMAN:

Your client is eligible for a loan modification. As previously described, if your client complies with the terms of the trial period plan, we will modify their mortgage loan. The modification agreement below reflects the proposed modification.

As a result of your client's bankruptcy case, this letter is not an attempt to collect a debt from your client or in any way violate any provision of the United States Bankruptcy Code. This letter has been sent to you for informational purposes only. This is not a bill or a request for payment, or a statement that your client is personally obligated in any way to make a payment. Your client's decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. Your client is not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should your client no longer wish to pursue these options.

**How your client can accept this offer:**
Please review the proposal with your client.  If the terms meet your approval, the next step is to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. Your client will need to continue to make their trial period payments if applicable while we are waiting for consent from the court. When you receive written consent, please forward it to my attention. Once received, we will send the loan documents to you and your client for original signatures. We will then withdraw any proof of claim in this case and process the modification as noted.

If the case has already closed, forward to us a copy of the release.  If the terms are not satisfactory to you, please contact us and we will close the file with no further actions. **Approval of the loan modification is contingent on court consent or release of the case.**

**Modification Proposal**

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Principal Balance | $103,442.33 | Post Modification Unpaid Principal Balance | $111,286.55 |
| Current Maturity Date | 04/01/2035 | Post Modification Maturity Date | 02/01/2044 |
| Current Term (in months) | 265 | Post Modification Term (in months) | 360 |
| Current Payment Due Date | 04/01/2013 | Post Modification Due Date | 03/01/2014 |
| Current Principal and Interest | $697.68 | Post Modification Principal and Interest | $547.46 |
| Current Payment Amount | $912.06 | Estimated Post Modification Payment Amount | $761.84 |
| Current Interest Rate | 5.875 % | Post Modification Interest Rate | 4.250 % |
| | | Amount(Capitalized) | $7,844.22 |

**If your client is seeking a reaffirmation**
If your client intends to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your office for the required undue hardship analysis and filing with the respective court.

**Call me today if you have any questions**
If you or your client has questions about the information in this letter, please call me at the number below.

Sincerely,

**DERRICK KOK**
HOME PRESERVATION SPECIALIST
PHONE: 877-397-0087
EXT: 7399

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

## CERTIFICATE OF SERVICE

   This is to certify that on this day I served the following parties with a copy of the attached "Motion to Approve Loan Modification and Notice of Hearing" by placing true and correct copies of the same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

   James Owens Davis III
   Anita Babette Davis
   36 Bluegill Lane
   Chatsworth, GA 30705

   Mary Ida Townson
   Chapter 13 Trustee
   Suite 2200
   191 Peachtree Street, NE
   Atlanta, GA 30303

And all creditors on the attached Matrix.

This 29th day of January, 2014.

                __/s/_____
                Dan Saeger
                Attorney for Debtors
                GA Bar No.:  680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30024
(P) 678-500-9546
(F) 687-391-4422
bk@thegeorgialawfirm.com

```
Label Matrix for local noticing          1st Franklin Financial Cor           Ally Bank serviced by Ally Servicing LLC
113E-4                                   213 E Tugal St                       PO Box 130424
Case 13-42333-mgd                        Toccoa GA 30577                      Roseville, MN 55113-0004
Northern District of Georgia
Rome
Mon Oct  7 15:39:15 EDT 2013

Ally Financial                           Ally Financial                       Ally Financial serviced by Ally Servicing LL
PO Box 3805901                           PO Box 380901                        PO Box 130424
Bloomington MN 55438                     Bloomington MN 55438-0901            Roseville, MN 55113-0004



April Watley                             Badcock Furniture                    CIT
co TN Dept Human Svcs-Child S            2180 Highway 76                      715 S Metropolitan Ave
400 Deaderick St 12th Floor              Chatsworth GA 30705-7301             Oklahoma City OK 73108-2090
Nashville TN 37243-1403


Capital One                              Capital One Auto Finance             Child Support Services of Tennessee
PO Box 30281                             3905 Dallas Pkwy                     c/o April D Brooks
Salt Lake City UT 84130-0281             Credit Disputes                      44 Vantage Way
                                         Plano TX 75093-7892                  Suite 300
                                                                              Nashville TN 37228-1550

Cit BankDFS                              Lisa Ritchey Craig                   Credit One Bank
12234 N I H 35 Bldg B                    McCullough Payne & Haan, LLC         PO Box 98873
Austin TX 78753-1725                     Suite 2200                           Las Vegas NV 89193-8873
                                         271 17th Street, NW
                                         Atlanta, GA 30363-6213

Creditors Bankruptcy Service             Anita Babette Davis                  James Owens Davis III
9441 LBJ Freeway                         36 Bluegill Lane                     36 Bluegill Lane
Suite 605                                Chatsworth, GA 30705-2862            Chatsworth, GA 30705-2862
Dallas, TX 75243-4636


Direct Merchants Bank                    FingerhutMetabank                    GADOR
Po Box 29468                             6250 Ridgewood Rd                    1800 Century Center Blvd NE
Phoenix AZ 85038-9468                    Saint Cloud MN 56303-0820            Atlanta GA 30345


GEMBBelk                                 GEMBChevron PLCC                     GEMBJC Penneys
PO Box 981491                            PO Box 981400                        PO Box 981402
El Paso TX 79998-1491                    El Paso TX 79998-1400                El Paso TX 79998-1402


GEMBLowes                                GEMBWalmart                          (p)GEORGIA DEPARTMENT OF REVENUE
PO Box 981400                            PO Box 981400                        COMPLIANCE DIVISION
C811                                     C77W                                 ARCS BANKRUPTCY
El Paso TX 79998-1400                    El Paso TX 79998-1400                1800 CENTURY BLVD NE SUITE 9100
                                                                              ATLANTA GA 30345-3202

HOUSEHOLD REALTY CORPORATION             HSBCSCUSA                            Hamilton Credit Center
636 GRAND REGENCY BLVD                   PO Box 961245                        226 S Hamilton St
BRANDON, FL 33510-3942                   Fort Worth TX 76161-0244             Dalton GA 30720
```

| | | |
|---|---|---|
| (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 | Household Automotive Finan<br>Cbr Dept<br>PO Box 961245<br>Fort Worth TX 76161-0244 | Household Bank<br>12447 SW 69th Ave<br>Attn Dispute Processing<br>Tigard OR 97223-8517 |
| Household Credit Services<br>PO Box 98706<br>Las Vegas NV 89193-8706 | Household Finance Company<br>1421 Kristina Way<br>Chesapeake VA 23320-8917 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia PA 19101-7346 |
| MARATHON PETROLEUM COMPANY LP<br>PO BOX 81<br>FINDLAY OH 45839-0081 | Marathon<br>539 S Main Street<br>Findlay OH 45840-3229 | Merrick Bank<br>PO Box 9201<br>Old Bethpage NY 11804-9001 |
| Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 | Robert Rickman<br>Rickman & Associates, PC<br>1325 Satellite Blvd<br>Suite 1406<br>Suwanee, GA 30024-4671 | Delaycee Shannon Rowland<br>Shapiro, Swertfeger & Hasty, LLP<br>Suite 100<br>2872 Woodcock Blvd.<br>Atlanta, GA 30341-4015 |
| SCA Rooms To Go<br>100 Macarthur Blvd<br>Jersey City NJ 07430 | Santander Consumer USA<br>PO Box 961245<br>Fort Worth TX 76161-0244 | SearsCBSD<br>133200 Smith Road<br>Cleveland OH 44130 |
| ShellCitibank SD<br>PO Box 6497<br>Citibank Credit Bureau Dispute<br>Sioux Falls SD 57117-6497 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 | Taxmasters<br>PO Box 12933<br>Shawnee Mission KS 66282 |
| Taylor Bean  Whitaker<br>4901 Vineland Rd Ste 120<br>Orlando GL  32811-7187 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |
| United Consumer Financial Services<br>865 Bassett Road<br>Westlake OH 44145-1194 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Wells Fargo Financial Acce<br>PO Box 29704<br>Phoenix AZ 85038-9704 |
| Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines IA 50306-0335 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Dept. of Revenue              Homeq Servicing
Bankruptcy Section                    PO Box 13716
Suite 17200                           Sacramento CA 95853
1800 Century Blvd., NE
Atlanta GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ally Financial Inc. f/k/a GMAC Inc.    (d)Internal Revenue Service           (u)WELLS FARGO BANK, N.A.
                                          P.O. Box 7346
                                          Philadelphia, PA 19101-7346
```

```
End of Label Matrix
Mailable recipients    54
Bypassed recipients     3
Total                  57
```